UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE AND KRISTINNA SANCHEZ,

        Plaintiff,

vs.

        CASE NO.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.

_____ /

## NOTICE OF REMOVAL

The Defendant, SCOTTSDALE INSURANCE COMPANY ("Scottsdale"), by and through the undersigned counsel, hereby files this, Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Tampa Division, and in support of the removal would show the Court the following:

1. This is an action brought by Plaintiffs against Defendant for an alleged breach of contract.

2. Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. The Plaintiffs' Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

4. The Plaintiffs filed this action in State Court as Case No. 2021-CA-000677 with the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida on March 19, 2021.

5. Defendant was served with the Complaint on March 30, 2021.

6. The Plaintiffs' Complaint did not allege a specific amount in controversy. *See Complaint generally.*

7. Upon information and belief, Plaintiffs, are citizens of Florida, and resided in and/or is/was domiciled in Pasco County, Florida. *See Complaint, ¶ 2.*

8. This lawsuit arises out of alleged damage to Plaintiffs' property located at 11451 Wild Cat Lane, New Port Richey, Florida 34654. *See Complaint ¶¶ 6 & 7.*

9. At the commencement of this action, at the time of the filing of this Notice of Removal, and at all times relevant hereto, Defendant, Scottsdale is/was an Ohio corporation with its principal place of business located in Scottsdale, Arizona.

10. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal. While Plaintiffs' Complaint does not allege a specific amount in controversy, Plaintiffs' filed a Civil Cover Sheet in which Plaintiffs state the "AMOUNT OF CLAIM" as being "over $100,000.00." *See Declaration in Support of Removal and corresponding exhibits.*

11. This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. § 1446(b).

12. A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida.

13. The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

14. Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiffs by and through Plaintiffs' attorney of record, Robert Grimaldi, Esquire, Cohen Law Group, 350 North Lake Destiny Road, Maitland, Florida 32751, and via email to rgrimaldi@itsaboutjustice.law and Erica@itsaboutjustice.law.

15. The undersigned certifies that the Defendant, Scottsdale, has consented to the removal of this action from the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida to the United States District Court, Middle District, Tampa Division.

16. The undersigned counsel is authorized by Scottsdale to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, SCOTTSDALE INSURANCE COMPANY, respectfully requests this Court remove this Pasco County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 15th day of April, 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2021, a true and correct copy of the foregoing was furnished via electronic mail to:

>Robert Grimaldi, Esquire
>Cohen Law Group
>350 North Lake Destiny Road
>Maitland, Florida 32751
>rgrimaldi@itsaboutjustice.law
>Erica@itsaboutjustice.law
>*Attorney for Plaintiffs*

>HINSHAW & CULBERTSON LLP

>*s/Taylor R. Bowman*
>Burke G. Lopez, Esquire
>Florida Bar No. 855669
>blopez@hinshawlaw.com
>Taylor R. Bowman, Esquire
>Florida Bar No. 117627
>tbowman@hinshawlaw.com
>100 South Ashley Drive
>Suite 500
>Tampa, FL 33602
>Telephone: 813-276-1662
>Facsimile: 813-276-1956
>*Counsel for Defendant, Scottsdale Insurance Company*

1020882\304627376.v2